UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,

Case No. 4:19-cv-11427
Hon. Matthew F. Leitman

vs.

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER VACATING SHOW CAUSE ORDER (ECF No. 11)

On December 5, 2019, Defendant Allstate Vehicle and Property Insurance Company filed a motion requesting that this Court enter an order for witness Angela Spears to show cause why she should not be held in contempt of court for failing to appear at her deposition. (*See* Mot., ECF No. 10.) The Court then issued the requested Order to Show Cause (ECF No. 11). On January 23, 2020, the Court held a show cause hearing that was attended by both parties' counsel as well as by Ms. Spears.

For the reasons stated on the record and in light of Ms. Spears' willingness to cooperate in this matter, the Court **VACATES** its order to show cause.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2020, by electronic means and/or ordinary mail.

                                                              s/Holly A. Monda
                                                              Case Manager
                                                              (810) 341-9764