UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,

vs.

Case No. 4:19-cv-11427
Hon. Matthew F. Leitman

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.
_____/

**<u>ORDER (1) GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING CHALLENGES TO EXPERTS (ECF No. 22); (2) TERMINATING AS MOOT PLAINTIFF'S EARLIER-FILED MOTION TO EXTEND DEADLINE FOR FILING CHALLENGES TO EXPERTS (ECF No. 20); AND (3) GRANTING PLAINTIFF'S MOTION TO PARTIALLY EXCLUDE THE EXPERT OPINION TESTIMONY OF ROBERT TRENKLE (ECF No. 23)</u>**

On today's date, January 11, 2022, the Court held a hearing on three motions filed by the Plaintiff. Two of these motions (ECF Nos. 20 and 22) are substantively identical: in both motions, Plaintiffs moved to extend the deadline for filing challenges to experts.[1] In the third motion, Plaintiff moved to partially exclude the expert opinion testimony of Robert Trenkle (ECF No. 23). For the reasons stated on the record today, the Court **GRANTS** (1) Plaintiff's later-filed motion to extend the

---

[1] The later-filed motion (ECF No. 22) appears to differ from the earlier-filed motion (ECF No. 20) only by some minor formatting changes.

deadline for filing challenges to experts (ECF No. 22); and (2) Plaintiff's motion to partially exclude the testimony of Robert Trenkle (ECF No. 23).  Because the Court is granting Plaintiff's later-filed motion to extend (ECF No. 22), it will **TERMINATE AS MOOT** Plaintiff's earlier-filed motion to extend (ECF No. 20).  In addition, the Court **ORDERS** that Trenkle shall not offer opinions at trial that (1) "the most probable cause of the fire" which damaged Glover's home "was incendiary;" and (2) that the contents of Glover's home "did not conform to a normally lived in residence."

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764

2