UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,

Case No. 19-cv-11427
Hon. Matthew F. Leitman

v.

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER EXTENDING DEADLINE TO RESPOND TO PENDING MOTIONS

Now pending before the Court are two motions filed by Plaintiff Demetrius Glover: a motion for partial summary judgment (ECF No. 34) and a motion for sanctions (ECF No. 35). Given the volume of work necessary to respond to both motions at the same time, the Court extends until April 5, 2023, the deadline by which Defendant shall respond to both pending motions. Plaintiff shall file replies in further support of both motions by April 26, 2023.

    **IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: March 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2023, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan
                                                   Case Manager
                                                   (313) 234-5126