UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,

vs.

Case No. 4:19-cv-11427
Hon. Matthew F. Leitman

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
MOTION FOR SPOLIATION SANCTIONS (ECF No. 35)**

For the reasons stated on the record on November 14, 2023, Plaintiff's Motion for Spoliation Sanctions (ECF No. 35) is DENIED WITHOUT PREJUDICE. Plaintiff may renew the motion at the close of proofs at trial.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764

1