UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,                                   Case No. 19-cv-11427
                                                Hon. Matthew F. Leitman

v.

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER TO ATTEND SETTLEMENT CONFERENCE AND REQUIREMENTS FOR SUBMISSION OF AN OPTIONAL SETTLEMENT STATEMENT

The parties are hereby advised that a settlement conference will be held in the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Courtroom 251, before the Honorable Matthew F. Leitman on **December 19, 2023, at 1:30 p.m.**

The following person(s) and entities must personally attend the settlement conference: (i) trial counsel for each party; (ii) all parties who are natural persons; (iii) a representative with full and final settlement authority on behalf of each party that is not a natural person; and (iv) a representative with full and final settlement authority on behalf of each insurance carrier that has undertaken the prosecution or defense of the case and/or has contractually reserved to itself the right to settle the action. This mandatory personal attendance policy is not satisfied by trial counsel

1

professing to have full and final settlement authority on behalf of his or her client or by the entity with settlement authority being available by telephone.

Each party has the option to submit a confidential Settlement Statement. The Settlement Statement is for the Court's exclusive use in preparing for and conducting the settlement conference. Do not file, docket, or serve this statement. Instead, it should be sent by email to the Court's Case Manager (Holly_Ryan@mied.uscourts.gov). If a party chooses to submit a Settlement Statement, the party shall submit the statement by no later than 4:00 p.m. on December 14, 2023.

The Settlement Statement shall (1) recite the key facts and law, (2) discuss the strengths and weaknesses of each party's case, (3) discuss the parties' position on settlement, (4) detail litigation expenses to date and going forward through trial; and (5) describe the settlement efforts to date. The Settlement Statement shall not exceed seven (7) pages. The parties are directed to be candid in their statements and to provide the Court with sufficient detail to analyze the critical factual and legal issues in the case. Finally, to aid in the settlement process, the Court expects the parties to exchange settlement demands prior to the settlement conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
