UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS GLOVER,

    Plaintiff,

vs.

Case No. 4:19-cv-11427
Hon. Matthew F. Leitman

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 34)

For the reasons stated on the record on March 26, 2024, Plaintiff's Motion for Partial Summary Judgment (ECF No. 34) is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent it seeks summary judgment on the following affirmative defenses by Allstate:

    o Allstate's Fourth Defense of Concealment of Fraud. (*See* Affirmative Defenses, ECF No. 3, PageID.23.)

    o Allstate's Fifth Defense of Increase in Hazard and Criminal Activity. *See* Affirmative Defenses, ECF No. 3, PageID.24.)

    o Allstate shall be precluded from presenting those defenses at trial.

- The motion is **DENIED** with respect to Allstate's Second Defense of Non-Fortuitous Loss, also known as arson. (*See* Affirmative Defenses, ECF No. 19, PageID.21.)  Allstate may present that defense to the jury.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126